BPQ: 704

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** VILMA IRIS RIOS ORTEGA | CASE NO. 14-06140-ESL |
| Debtor(s) | CHAPTER 13 |
| Banco Popular of Puerto Rico | |
| Movant | |
| | 11 USC 362 d(1) |
| VILMA IRIS RIOS ORTEGA and Chapter 13 Trustee, JOSE RAMON CARRION MORALES | Relief from stay for cause |
| Respondent(s) | |

### MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, Banco Popular of Puerto Rico, secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1.      Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.      The cause of action is based on section 362 d(1), 11 USC.

3.      In this case, an Order for Relief was entered on 07/29/2015.

4.      Movant is the holder by endorsement, in due course, of a Mortgage Note, hereinafter the (Note), for $78545.00, bearing interest of 4.5%, due on December 1, 2043 Exhibit A-1.  The first Mortgage encumbers debtors' property located at Apt 9 Cond Villa Victoria Cidra, Puerto Rico 00739.

5.      Since the filing date, debtor account has accumulated 3 Post Petition arrears pertaining to the months of August to October 2015 in the amount of $2,269.40 as described in Exhibit (A) of this motion, plus $575.00 in attorney fees and costs for the filing of this motion. Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions arrears are paid.**

6.      Movant argues that considering what is here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1), supra, since debtor has failed to make post petition payments accordingly.

Included as Exhibit (B), is movant Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

7.  Said default deprives movant to have its security interest protected as provided under the Bankruptcy Code.

8.  If the Order for Relief is Granted, Trustee shall stop disbursements to Movant under the plan.

WHEREFORE, movant prays for an Order granting the Relief from Stay as requested.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to JOSE RAMON CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 15th day of October, 2015.

**COLÓN SANTANA & ASOCIADOS, CSP**
Attorney for Banco Popular de Puerto Rico
315 Coll & Toste, San Juan, PR 00918
Tel: 787-763-4111/Fax: 787-766-1289


s/Mádelin Colón Pérez, USDC-PR No. 220006
e-mail: mcolonquiebras@gmail.com

**STATEMENT OF ACCOUNT**

| DEBTOR: | VILMA RIOS-ORTEGA | | BPPR NUM: | 702054131 |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 14-06140 | | FILING DATE: | 07/29/14 |

| SECURED LIEN ON REAL PROPERTY | | | | |
|---|---|---|---|---|

| Principal Balance as of | 08/01/15 | | | 76,511.96 |
|---|---|---|---|---|
| Accrued Interest from | 07/01/15 | to | 10/31/15 | 1,131.96 |
| Interest: 4.500% | Accrued num. of days: 120 | Per Diem: 9.432981 | | |

**Monthly payment to escrow**

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
|---|---|---|---|---|---|---|---|
| A&H | $0.00 | Life | $0.00 | Escrow Advance | $0.00 | | |
| **Total montly escrow** | | | $0.00 | Months in arrears | 3 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 0.00 |

**Advances Under Loan Contract:**

| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 50.00 |
|---|---|---|---|---|---|---|---|
| Other | $0.00 | | | | | | |
| Legal Fees: | | | | | | | 150.00 |
| **Total Estimate due as of** | | 10/31/15 | | | | | 77,843.92 |

| AMOUNT IN ARREARS | | | | |
|---|---|---|---|---|

| **PRE-PETITION AMOUNT:** | | | | |
|---|---|---|---|---|
| 0 | payments of | $510.00 | each one | 0.00 |
| | acummulated lated charges | | | 0.00 |

**Advances Under Loan Contract:**

| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 50.00 |
|---|---|---|---|---|---|---|
| Other | $0.00 | | | | | |
| Legal Fees: | | | | | | 150.00 |
| | | | A = TOTAL PRE-PETITION AMOUNT | | | 200.00 |

| **POST-PETITION AMMENDED:** | | | |
|---|---|---|---|
| 0 | payments of | $510.00 each one | 0.00 |
| | Late Charge | | 0.00 |
| | Post Petition Legal Fees | | 0.00 |
| | | B = TOTAL POST-PETITION AMOUNT | 0.00 |

| **POST-PETITION AMOUNT:** | | | |
|---|---|---|---|
| 3 | payments of | $510.00 each one | 1,530.00 |
| | Late Charge | | 164.40 |
| | Post Petition Legal Fees | | 575.00 |
| | | C = TOTAL POST-PETITION AMOUNT | 2,269.40 |
| | | TOTAL AMOUNT IN ARREARS | 2,469.40 |

| OTHER INFORMATION | | | | |
|---|---|---|---|---|

| Next pymt due | 08/01/15 | Interest rate | 4.500% | P & I | $397.98 | Monthly late charge | $20.40 |
|---|---|---|---|---|---|---|---|
| Investor | BPPR | Property address | Apt. 9 Cond. Villa Victoria Cidra PR 00739 | | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*Xavier E. Valera*

**BANCO POPULAR DE PUERTO RICO**

10/06/15

DATE

SACCTFHA   Xavier E. Valera Jimenez

Commonwealth of Puerto Rico                    FHA Case No. 501-8776047-734

4593910

---------------------------------------- MORTGAGE NOTE ----------------------------------------
---------------------------------------- PAGARE HIPOTECARIO ----------------------------------------


US $78,545.00                                    November 30, 2013


1.    "Borrower" means each person signing at the end of this Note, and the person's successors
1.    "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus sucesores y cesionarios.

and assigns. "Lender" means **VIG MORTGAGE CORP.** ----------------------------------------
"Acreedor Hipotecario" significa **VIG MORTGAGE CORP.** ----------------------------------------

and its successors and assigns.----------------------------------------
y sus sucesores y cesionarios.----------------------------------------


2.    In return for a loan received from Lender, Borrower promises to pay the principal
2.    A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se obliga a pagar la cantidad

sum of **SEVENTY EIGHT THOUSAND FIVE HUNDRED FORTY FIVE** ----------------------------------------
principal de **SETENTA Y OCHO MIL QUINIENTOS CUARENTA Y CINCO** ----------------------------------------

Dollars (U.S.**$78,545.00**), plus interest, to the order of the Lender. Interest ----------------------------------------
Dólares (U.S.**$78,545.00**), más intereses, a la orden del Acreedor Hipotecario. Se ----------------------------------------

will be charged on unpaid principal, from the date of disbursement of the loan proceeds
cargará intereses sobre el principal adeudado, desde la fecha en que el Acreedor Hipotecario desembolse el producto

by Lender, at the rate of **four point fifty** ----------------------------------------
del préstamo a razón de **cuatro punto cincuenta**----------------------------------------

per cent (**4.50%**) per year until the full amount of principal has been paid.----------------------------------------
por ciento (**4.50%**) anual hasta que el principal haya sido totalmente pagado. ----------------------------------------


3.    Borrower's promise to pay is secured by a mortgage that is dated the same date as
3.    La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otorgada en la misma fecha

this Note and called the "Security Instrument". The Security Instrument protects the Lender from
de este Pagaré, denominada "Hipoteca". La Hipoteca protege al Acreedor Hipotecario de pérdidas que podrían

losses which might result if Borrower defaults under this Note.----------------------------------------
resultar si el Deudor Hipotecario incumpliere con los términos de este Pagaré.----------------------------------------


4.    (A)    Borrower shall make a payment of principal and interest to Lender on the first
4.    (A)    El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipotecario el

day of each month beginning on the **1st day of January, 2014**. Any principal and----------------------------------------
primer día de cada mes, comenzando el **1ro de enero de 2014**. Cualquier principal más----------------------------------------

interest remaining on the **1st day of December, 2043**, will be due on that date, ----------------------------------------
intereses adeudados al día **1ro de diciembre de 2043**, vencerá en esa misma fecha----------------------------------------

which is called the maturity date.----------------------------------------
que es denominada la fecha de vencimiento.----------------------------------------

Puerto Rico Revised August 1996                    FHA FORM NO. 9172
                                                    Page 1 of 4

(B)  Payment shall be made at the address notified to Borrower at closing or at such
(B)  El pago será efectuado en la dirección notificada al Deudor Hipotecario en el cierre o en cualquier otro lugar

place as Lender may designate in writing by notice to Borrower.--------------------------------------------
que el Acreedor Hipotecario designe por escrito con notificación al Deudor Hipotecario.--------------------

(C)  Each monthly payment of principal and interest will be in the amount of
(C)  Cada pago mensual de principal más intereses será por la cantidad de

**Three Hundred Ninety Seven Dollars and Ninety Eight Cents**----------------------------------------
**Trescientos Noventa y Siete Dólares con Noventa y Ocho Centavos**---------------------------------

(U.S. $397.98--------------------). This amount will be part of a larger monthly payment required by the
(U.S. $397.98--------------------). Esta cantidad es parte de un pago mensual mayor, requerido por la

Security Instrument, that shall be applied to principal, interest and other items in the order
Hipoteca que será aplicado al principal, intereses y a otros conceptos en el orden descrito en la

described in the Security Instrument.---------------------------------------------------------------------
Hipoteca.-------------------------------------------------------------------------------------------------

5.  Borrower has the right to pay the debt evidenced by this Note, in whole or in part,
5.  El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré, total o

without charge or penalty, on the first day of any month.-------------------------------------------------
parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.-------------------------------------

Lender shall accept prepayment on other day provided that Borrower pays interest on the amount  El
Acreedor Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague intereses en la

prepaid for the remainder of the month to the extent required by Lender and permitted by
cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario y permitido por la reglamentación del

regulations of the Secretary.  If Borrower makes a partial prepayment, there will be no changes in
Secretario. Si el Deudor Hipotecario hace prepagos parciales, no habrá cambios en la fecha de vencimiento o la cantidad de

the due date or in the amount of monthly payment unless Lender agrees in writing to those
pago mensual a menos que el Acreedor Hipotecario acepte los cambios por escrito.-----------------------

changes.--------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------

6.  (A)  If Lender has not received the full monthly payment required by the Security Instrument,
6.  (A)  Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido por la Hipoteca,

as described in Paragraph 4(C) of this Note, by the end of fifteen (15) calendar days
tal como se describe en el párrafo 4(C) de este Pagaré, al cabo de quince (15) días calendarios después

after the payment is due, Lender may collect a late charge in the amount of four percent del
vencimiento del pago, el Acreedor Hipotecario podrá cobrar un recargo por demora en la cantidad de

(4.00%) of the overdue amount of each payment.----------------------------------------------------------
un cuatro por ciento (4.00%) de la suma atrasada de cada pago.----------------------------------------------

(B)  If Borrower defaults by failing to pay in full any monthly payment, then Lender
(B)  Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cualquier pago mensual,

may, except as limited by regulations of the Secretary in the case of payment defaults,
entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones reglamentarias del Secretario para el

require immediate payment in full of the principal balance remaining due and all
caso de incumplimiento por falta de pago, exigir el pago total inmediato del saldo impagado del

accrued interest.  Lender may choose not to exercise this option without waiving its
principal y de todos los intereses acumulados.  El Acreedor Hipotecario podrá elegir no ejercitar esta

rights in the event of any subsequent default.  In many circumstances regulations issued
opción sin renunciar a sus derechos en caso de cualquier incumplimiento subsiguiente.  En muchas

Puerto Rico Revised August 1996

FHA FORM NO. 9172
Page 2 of 4

by the Secretary will limit Lender's rights to require immediate payment in full in the
circunstancias las reqlamentaciones emitidas por el Secretario limitan los derechos del Acreedor Hipotecario

case of payment defaults. This Note does not authorize acceleration when not permitted
para exigir el pago total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no

by HUD regulations. As used in this Note, "Secretary" means the Secretary of Housing and
autoriza la aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa en este Pagaré, la

Urban Development or his or her designee.-------------------------------------------------------------------
palabra "Secretario" significa el Secretario del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de

----------------------------------------------------------------------------------------------------
América o su representante.-----------------------------------------------------------------------

(C) If Lender has required immediate payment in full, as described above, Lender may
(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe anteriormente,

require Borrower to pay costs and expenses including reasonable and customary
podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo honorarios de abogado

attorney's fees for enforcing this Note to the extent not prohibited by applicable law. Such fees
razonables y acostumbrados, hasta el máximo por la ley aplicable para exigir el cumplimiento de este Pagaré. Dichos

and costs shall bear interest from the date of disbursement at the same rate as the principal of this
honorarios, costas y gastos devengarán intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.

Note.--------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------

7.    Borrower and any other person who has obligations under this Note waive the rights
7.    El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré, renuncian a los derechos de

of presentment and notice of dishonor. "Presentment" means the right to require
presentación y aviso de rechazo. "Presentación" significa el derecho de requerirle al Acreedor

Lender to demand payment of amounts due. "Notice of Dishonor" means the right
Hipotecario que demande el pago de las cantidades vencidas. "Aviso de Rechazo" significa el derecho de

to require Lender to give notice to other persons that amounts due have not been
requerirle al Acreedor Hipotecario notificar a otras personas que las cantidades vencidas no han

paid.------------------------------------------------------------------------------------------
sido pagadas.----------------------------------------------------------------------------------

8.    Unless applicable law requires a different method, any notice that must be given to
8.    Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que deba hacerse al

Borrower under this Note will be given by delivering it or by mailing it by first class
Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de primera clase, dirigida

mail to Borrower at the Property address below or at a different address if Borrower
al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada o a una dirección diferente, si el

has given Lender a notice of Borrower's different address.---------------------------------------
Deudor Hipotecario le ha notificado al Acreedor Hipotecario de una dirección diferente.---------------

Any notice that must be given to Lender under this Note will be given by first class
Cualquier notificación gue se deba hacer al Acreedor Hipotecario bajo este Pagaré le será hecha por

mail to Lender at the address stated in Paragraph 4(B) or at a different address if
correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una dirección diferente si al

Borrower is given a notice of that different address.-----------------------------------------
Deudor Hipotecario le ha sido notificada una dirección diferente.-----------------------------

9.   If more than one person signs this Note, each person is fully and personally
9.   Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada a cumplir

obligated to keep all of the promises made in this Note, including the promise to pay
todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad total adeudada.

the full amount owed.   Any person who is a guarantor, surety or endorser of this Note
Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré está también obligada a

is also obligated to do these things.  Any person who takes over these obligations,
cumplir lo estipulado.  Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un

including the obligations of a guarantor, surety or endorser of this Note, is also
garantizador, fiador o endosante de este Pagaré, también está obligada a cumplir todos los compromisos

obligated to keep all of the promises made in this Note.   Lender may enforce its rights
contraídos en el mismo. El Acreedor Hipotecario podrá hacer valer sus derechos bajo este Pagaré en

under this Note against each person individually or against all signatories together.   Any
contra de cada persona individualmente o en contra de todos los signatarios conjuntamente. A cualquier

one person signing this Note may be required to pay all of the amounts owed under this
suscribiente de este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el

Note.----------------------------------------------------------------------------------------------------
mismo.----------------------------------------------------------------------------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los términos y pactos---

contained in this Note. -------------------------------------------------------------------------------
contenidos en el mismo. -------------------------------------------------------------------------------

This Note is secured by a mortgage executed by Deed number __477__ of this same----------
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número _477_ otorgada en esta

date before the subscribing Notary. --------------------------------------------------------------------
misma fecha ante el Notario suscribiente.---------------------------------------------------------------

In San Juan, Puerto Rico, on November 30, 2013.
En San Juan, Puerto Rico, a 30 de noviembre de 2013.

9 Apt., Villa Victoria Cond.
Cidra, Puerto Rico, 00739

Borrower(s)
Deudor(es) Hipotecario(s)

VILMA IRIS RIOS ORTEGA

PAY TO THE ORDER OF
WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO

Property Address
Dirección de la Propiedad

Affidavit Number _15,128_
Afidavit Número __15,128_

SUBSCRIBED before me by the above signer(s), of legal age, single, property owner  and resident of Guaynabo, Puerto Rico, whom I has(have) identified as follows: Driver's License number 1730281.

SUSCRITO ante mí por el (los) arriba firmante(s), mayor(es) de edad, soltera, propietaria y vecina de Guaynabo, Puerto Rico, a quien(es) he identificado como sigue: Licencia de Conducir número 1730281.

NOTARY PUBLIC
NOTARIO PUBLICO

Pay To The Order Of

BANCO POPULAR DE PUERTO RICO

Without Recourse

By:

Date:

VIG Mortgage Corp.

Puerto Rico Revised August 1996

FHA FORM NO. 9172
Page 4 of 4

Biaggi & Biaggi
Mayaguez

9397
12/02/2013
$5.00
$5 Sello Asistencia Legal
50542-2013-1202-44540206

---En igual fecha y sitio de su otorgamiento expedí primera copia fiel y exacta de esta escritura a solicitud de VIG MORTGAGE CORP. DOY FE.

Notario Público



I CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF ITS ORIGINAL AND THE CERTIFIED COPY THAT HAS BEEN SUBMITTED FOR RECORDING IN THE CORRESPONDENT PROPERTY REGISTRY."

NOTARY PUBLIC

FHA CASE NO. 501-8776047-734

---NUMBER FOUR HUNDRED SEVENTY SEVEN (477)--
---NÚMERO CUATROCIENTOS SETENTA Y SIETE (477)---------

---------------------- **FIRST MORTGAGE** ----------------------
---------------------- **PRIMERA HIPOTECA** --------------------

---In San Juan, Commonwealth of Puerto Rico, ----------
---En San Juan, Estado Libre Asociado de Puerto-------

this November thirty (30), two thousand thirteen-----
Rico, hoy treinta (30) de noviembre de dos mil trece-
(2013).-----------------------------------------------
(2013).-----------------------------------------------

---------------------- **BEFORE ME** ----------------------
---------------------- **ANTE MI** ----------------------

---GARY E. BIAGGI SILVA, Notary Public-----------------
---GARY E. BIAGGI SILVA, Notario Público--------------

in and for the Commonwealth of Puerto Rico, with offices
en y para el Estado Libre Asociado de Puerto Rico con ofi-

in Mayagüez, Puerto Rico and residence in Mayagüez,-------
cinas en Mayagüez, Puerto Rico y vecino de Mayagüez,------

Puerto Rico.----------------------------------------------
Puerto Rico.----------------------------------------------

---------------------- **APPEAR** ----------------------
---------------------- **COMPARECEN** ----------------------

---The parties mentioned in Paragraphs Ninth and
---Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"-

rower" and the "Lender", whose personal circum-
y "Acreedor Hipotecario", cuyas circunstancias personales apa---

stances are set forth in said paragraphs.---------
recen en dichos párrafos.-----------------------------

---The appearing parties assure me that they are
Aseguranme los comparecientes hallarse en el pleno goce de sus--

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y--

Anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
otorgamiento, libremente------------------------------------

this document, they freely---------------------------
-----------------------------------------------------

------------------ **STATE AND COVENANT** ------------------
------------------ **DECLARAN Y CONVIENEN** ----------------

**FIRST:** That the Borrower is the owner of the
**PRIMERO:** Que el Deudor Hipotecario es el dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura

Eighth of this Deed, hereinafter called the "Pro-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

perty" and has the right to mortgage the Property; de
hipotecar la Propiedad; que la propiedad está libre de ---

that the property is unencumbered, except for --
cargas y gravámenes, excepto por las cargas inscritas y que el--

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda.--------------------

against all claims and demands.------------------
----------------------------------------------------------------

**SECOND:** That as evidence of a loan received from
**SEGUNDO:** Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has sub-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

scribed a promissory note in the sum of -----------
misma fecha un pagaré por la suma de --------------------

**SEVENTY EIGHT THOUSAND FIVE HUNDRED FORTY FIVE---**
**SETENTA Y OCHO MIL QUINIENTOS CUARENTA Y CINCO---**

**DOLLARS** (US $78,545.00) with interest at----------
**DOLARES** (US $78,545.00) con intereses a razón del

the rate of **four point fifty** percent-----------------
**cuatro punto cincuenta** por ciento (**4.50%**) anual, -

(**4.50%**) per annum until the total satisfaction
hasta el saldo total del mismo, pagadero a favor de--

of the same, payable to **VIG MORTGAGE CORP.**---------
**VIG MORTGAGE CORP.**----------------------, o a su orden y

or in its order, the principal------------------------
pagadero el principal e intereses en plazos mensuales------

and interest being payable in monthly installments
de **Trescientos Noventa y Siete Dólares con Noventa y-**

of **Three Hundred Ninety Seven Dollars and Ninety Eight-----**
**Ocho Centavos**-------------------------------------------

**Cents** (US $397.98) commencing on the first (1st)
(US $397.98) comenzando el día primero (1<sup>ro</sup>)

day of January, two thousand fourteen---------------
de enero de dos mil catorce----------------------------

(2014) and a like amount on the first day of each
(2014) e igual cantidad en casa uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first (1st) day of December, two
primer (1er) día de diciembre de --------------------

thousand forty three (2043) authenticated by
dos mil cuarenta y tres (2043) autenticado

the authorizing Notary, as per Affidavit Number ------
por el Notario Autorizante, bajo Afidávit Número -----

**fifteen thousand one hundred twenty eight (15,128).--**
**quince mil ciento veintiocho (15,128).------------------**

**THIRD:** In order to guarantee the total and com-
**TERCERO:** Con el propósito de garantizar el total y completo

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con----

and every one of the conditions therein contained,
tiene, y para garantizar además tres sumas adicionales de

and to further secure three additional amounts of
----------------------------------------------------------------

**Seven Thousand Eight Hundred Fifty Four Dollars and--**
Siete Mil Ochocientos Cincuenta y Cuatro Dólares con-

**Fifty Cents ($7,854.50) each,** ----------------------------
Cincuenta Centavos ($7,854.50) cada una, --------------

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated
facer como suma líquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the event the holder of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las-

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la--

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la----

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el párrafo Octavo, incluyendo-

constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier-

on the Property described in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la-

including all of its buildings, machinery, in
Propiedad así como cualquier otra maquinaria o instalaciones----

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan--

and structures that may be constructed on it as
en la misma, o que sean construidas allí en el futuro, durante-

well as any other machinery or installations that
la vigencia de esta hipoteca, incluyendo todos sus usos, servi--

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,-

that the mortgage in the effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones--

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro--

----------------------------------------------------------------

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad.----------------

nishing and distribution of heat, refrigeration, light,
-------------------------------------------------------------------

water or power and all the services and necessary
-------------------------------------------------------------------

installations presently installed upon which or which may
-------------------------------------------------------------------

be in the future installed upon the Property and in
-------------------------------------------------------------------

general upon all of the property rights, title and
-------------------------------------------------------------------

interest that the executing party may have in the
-------------------------------------------------------------------

Property.----------------------------------------------------
-------------------------------------------------------------------

**FOURTH:** Borrower and Lender further covenant and agree
**CUARTO:** El Deudor Hipotecario y el Acreedor Hipotecario pactan

as follows:-----------------------------------------------------
y convienen, además:-----------------------------------------------

---1.  Payment of Principal, Interest and Late Charge.
---1.  Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note.--------------------------------
recargos por demora adeudados conforme al Pagaré.----------

---2.  Monthly Payment of Taxes, Insurance and Other
---2.  Pago Mensual de Contribuciones, Seguros y Otros Cargos.

Charges. Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c) premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de---------------------------

premium to the Secretary----------------------------------
-------------------------------------------------------------------

of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año--

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote--

required if Lender still held the Security Instru--
cario aún es el tenedor del Instrumento Garantizador, cada pago-

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de-

tary, or (ii) a monthly charge instead of a mort--
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument-
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the-
conceptos se llamarán "Partidas de Plica" los fondos pagados--

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos de Plica".----

called "Escrow Items" and the sums paid to Lender-
------------------------------------------------------------------

are called "Escrow Funds".----------------------------------
------------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar



amounts for Escrow Items in an aggregate amount-
y retener Partidas de Plica en una cantidad agregada que no-

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. §2601 et seq. and implementing regula--
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de-

tions, 24 C.F.R. Part 3500, as they may be amended---
tiempo en tiempo ("RESPA"), excepto que la reserva permitida-

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos-

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor---

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti--

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca.--------

the account may not be based on the amounts due for--
------------------------------------------------------------------

------------------------------------------------------------------
------------------------------------------------------------------

the mortgage insurance premium.----------------------
------------------------------------------------------------

---If the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to Borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA.---------------------------
dos en la forma requerida por RESPA.---------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para  pagar  las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA.-----------------------------------------
según permitido por RESPA.--------------------------------

---The Escrow Funds are pledged as additional
---Los Fondos de Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca.  Si el Deudor

Instrument.  If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited  with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall promptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower.  Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining for all installments for items (a)
y (c).-------------------------------------------------

(b) and (c).------------------------------------------
------------------------------------------------------------

---3. Application of Payments.  All payments under
---3. Aplicación de Pagos.  Todos los pagos bajo los Párrafos

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue:----
follows:-----------------------------------------------------
------------------------------------------------------------

---First, to the mortgage insurance premium to be
---Primero, a la prima de seguro hipotecario a ser pagada por
paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-
charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro
mortgage insurance premium;----------------------------
Hipotecario;------------------------------------------------

---Second, to any taxes, special assessments
---Segundo, a cualquier tipo de contribuciones, impuestos
leasehold, payments or ground rents, and fire
especiales, cánones de arrendamiento o renta por el uso del
flood and other hazard insurance premiums, as
suelo donde ubica la propiedad y las primas de seguro contra
required;----------------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas;-----

---Third, to interest due under the Note;----------
---Tercero, a intereses vencidos conforme el Pagaré;-----

---Fourth, to amortization of the principal of the
---Cuarto, a la amortización del principal del Pagaré; y-
Note; and---------------------------------------------------
------------------------------------------------------------

---Fifth, to late charges due under the Note.----
---Quinto, a los recargos por demora adeudados conforme el
------------------------------------------------------------
Pagaré.-----------------------------------------------------

---4. Fire, Flood, and Other Hazard Insurance.
---4. Seguros Contra Fuego, Inundaciones y Otros Riesgos. El
Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o
Property, whether now in existence or subsequently
subsiguientemente edificadas sobre la Propiedad, contra ries-
erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua--
contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será
requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor
tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará
Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-
improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo
existence or subsiquently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por

flood to the extent required by the Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender. The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario.--------

include loss payable clauses in favor of, and in a
-------------------------------------------------------------

form acceptable to, Lender.---------------------------
-------------------------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail. Lender may make
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly.-----------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

-------------------------------------------------------------
Acreedor Hipotecario conjuntamente.--------------------------

---Al or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by Lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under the Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicando en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to the prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada. Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos. Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo --

-------------------------------------------------------------
-------------------------------------------------------------

Any excess insurance proceeds over an amount
el Pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago.--------------------------------------------

the Note and this Security Instrument shall be
------------------------------------------------------------

paid to the entity legally entitled thereto.------
------------------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la Propiedad que extinga la deuda,-

Property that extinguishes the indebtedness, all
todo derecho, título e interés del Deudor Hipotecario en póli---

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador.-----------

insurance policies in force shall pass to the
------------------------------------------------------------

purchaser.--------------------------------------------
------------------------------------------------------------

---5.  Occupancy, Preservation, Maintenance and
---5.  Ocupación, Presenvación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo de Deudor Hipotecario,

cation; Leaseholds.  Borrower shall occupy, estab-
Arrendamientos.  El Deudor Hipotecario deberá ocupar, estable--

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal dentro de--

residence within sixty days after the execution of
los sesenta días sigientes al otorgamiento de esta Hipoteca (o-

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el-

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede -----

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que -

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control----

exist which are beyond Borrower's control.---------
del Deudor Hipotecario.  El Deudor Hipotecario deberá notificar-

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias --

circumstances.  Borrower shall not commit waste or
atenuantes.  El Deudor Hipotecario no causará menoscabo, ni--



destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear expected. Lender may inspect
degaste normal.   El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default.  Lender may take
incumplimiento de préstamo.   El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada.   El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria)  en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence.--------------------
Hipotecario de la Propiedad como su residencia principal.--------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los terminus de dicho arrenda-

lease.   If Borrower acquires fee title to the
miento.   Si el Deudor Hipotecario adquiere título en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing.--------------------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito.-----------

---6.  Condemnation.  The proceeds of any award or
---6.  Expropiación.  El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultants, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente cedidos y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca.--------------------------------------

amount of the indebtedness that remains unpaid
----------------------------------------------------------

under the Note and this Security Instrument.
----------------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
cualquier cantidad atrasada, en el orden dispuesto en el -

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace-

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos--

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount of such payments. Any excess
saria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo.

standing indebtedness under the Note and this
----------------------------------------------------------

Security Instrument shall be paid to the entity
----------------------------------------------------------

legally entitled thereto.-------------------------------
----------------------------------------------------------

---7. **Charges to Borrower and Protection of**
---7. Cargos al Deudor Hipotecario y Protección de los Dere-

**Lender's Rights in the Property.** Borrower shall
chos del Acreedor Hipotecario sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna--

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc--

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici--

----------------------------------------------------------
----------------------------------------------------------



request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments.------------------
recibos que evidencien dichos pagos.------------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that my significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2.-----------------------------

mentioned in Paragraph 2.-------------------------------
-------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment.  These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente.------

payable.-----------------------------------------------
-------------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment to the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

-------------------------------------------------------------
-------------------------------------------------------------

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se--

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que-

of the lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce--
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen --

of the lien an arrangement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al----

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de-

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación.---------------------------------------------------------

more of the actions set forth above within 10 days
------------------------------------------------------------------

of the giving of notice.------------------------------------------
------------------------------------------------------------------

---8. **Fees**. Lender may collect fees and charges
---8. _Honorarios_. El Acreedor Hipotecario podrá cobrar los

autorized by the Secretary.--------------------------------------
honorarios y cargos autorizados por el Secretario.----

---9. <u>Grounds for Acceleration of Debt</u>.------------
---9. <u>Bases para la Aceleración de la Deuda</u>.----------

---(a) <u>Default</u>. Lender may, except as limited by
---(a) _Incumplimiento_. El Acreedor Hipotecario podrá, sujeto-

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable--

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de-

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if:---------------------------------------------------------
garantizadas por esta Hipoteca si:-----------------------

------(i) Borrower defaults by failing to pay in
------(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
mente cualquier pago mensual requerido por esta Hipoteca, en o---

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o--

monthly payment; or-------------------------------------
-----------------------------------------------------------------

-----(ii)  Borower  defaults  by  failing,  for  a
-----(ii)   El Deudor Hipotecario incumple al dejar de efectuar

period  of  thirty  days,  to  perform  any  other  obli-
durante un término de treinta días, cualquier otra obligación

gations  contained  in  this  Security  Instrument.---
contenida en esta Hipoteca.-------------------------------------

---(b)   <u>Sale  Without  Credit  Approval.</u>   Lender
---(b)   <u>Venta sin Aprobación de Crédito.</u>  El Acreedor Hipoteca-

shall,  if  permitted  by  applicable  law  (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section  341(d)  of  the  Garn-St.  Germain  Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions  Act  of  1982,  12  U.S.C.  §  1701j-3(d)
Institutions Act de 1982, 12 U.S.C. § 1701j-3(d) y con la pre-

and  with  the  prior  approval  of  the  Secretary,
via aprobación del Secretario, requerir el pago inmediato de la

require  immediate  payment  in  full  of  all  sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured  by  this  Security  Instrument  if:-------------
si:-----------------------------------------------------------

-----(i)  All  or  part  of  the  Property,  or  a  bene-
-----(i)  Todo o parte de la Propiedad, o una participación en

ficial  interest  in  a  trust  owning  all  or  part  of
un fideicomiso dueño de todo o de parte de la Propiedad, es

the  Property,  is  sold  or  otherwise  transferred
vendida o de otra forma transferida por el Deudor Hipotecario

(other  than  by  devise  or  descent),  and--------------
(excepto por legado o herencia), y---------------------------

-----(ii)  The  Property  is  not  occupied  by  the
-----(ii)   La Propiedad no está ocupada por el comprador o

purchaser  or  grantee  as  his  or  her  principal  resi-
cesionario como su residencia principal, o de estarlo, si su

dence,  or  the  purchaser  or  grantee  does  so  occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the  Property,  but  his  or  her  credit  has  not  been
Secretario.-----------------------------------------------------

approved  in  accordance  with  the  requirements  of
-----------------------------------------------------------------

the  Secretary.-------------------------------------------
-----------------------------------------------------------------

---(c)   <u>No  Waiver.</u>   If  circumstances  occur  that
---(c)   <u>No Habrá Renuncia.</u>  Si ocurrieran circunstancias que

would  permit  Lender  to  require  immediate  payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in  full,  but  Lender  does  not  require  such  payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender  does  not  waive  its  rights  with  respect  to
derechos respecto a eventos subsiguientes.------------------
-----------------------------------------------------------------
-----------------------------------------------------------------

subsequent events.------------------------------------------
--------------------------------------------------------------

---(d)  **Regulations of HUD Secretary**.  In many
---(d)  Reglamentos del Secretario de HUD. En muchas circuns-

circumstances  regulations  issued  by  the  Secretary
tancias  los  reglamentos  emitidos  por  el  Secretario  limitarán-

will  limit  Lender's  rights,  in  the  case  of  payment
los  derechos  del  Acreedor  Hipotecario,  en  el  caso  de  incum--

default,  to  require  immediate payment in full and
plimiento, para  requerir  el pago total inmediato y para proce--

to foreclose if not paid.  This Security Instru-
der a la ejecución si no lo satisfacen.  Esta Hipoteca no auto--

ment does not authorize acceleration or foreclo-
riza  aceleración  de  pago o  ejecución de hipoteca a menos que-

sure  if  not  permitted  by  regulations of the
ello sea permitido por los reglamentos del Secretario.-----

Secretary.---------------------------------------------------
--------------------------------------------------------------

---(e)  **Mortgage not Insured**.  Borrower  agrees
---(e)  Hipoteca No Asegurada.  El Deudor Hipotecario conviene

that  if  this  Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no  fueran

not  determined  to  be elegible for insurance under
elegibles para ser asegurados bajo la Ley  Nacional de Vivienda--

the National Housing Act within ninety (90) days
dentro de  noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender,  may at its option
Hipotecario podrá  requerir, a opción suya,  el pago total inme--

require immediate  payment  in full  of all sums
diato de  todas las sumas  garantizadas por esta Hipoteca. La-

secured by this Security Instrument.  A written
declaración por escrito de cualquier agente autorizado del

statement  of  any authorized agent of the Secretary
Secretario  fechada  con  posterioridad de noventa (90) días de--

dated  subsequent  to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el-

hereof,  declining  to insure  this Security Instru-
Pagaré,  se  considerará  prueba  concluyente de  tal inelegibi-

ment  and  the  Note, shall be deemed conclusive
bilidad.  No  obstante  lo anterior,  esta opción no podrá ser

proof of such inelegibility. Notwithstanding the
ejercitada  por el Acreedor Hipotecario cuando la no disponibi--

foregoing, this option  may not  be exercised by
lidad del seguro se deba  únicamente a que dicho  Acreedor

Lender  when the unavailability  of insurance is
Hipotecario no haya remitido al  Secretario la  prima del seguro-

solely  due  to Lender's failure to remit a mortgage
hipotecario.--------------------------------------------------

insurance premium to the Secretary.------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------



---10. <u>Reinstatement</u>.  Borrower has a right to be
---10. <u>Reinstalación</u>.  El Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument.  This right applies even after fore-
Pagaré o esta Hipoteca.  Este derecho aplica aún después de

closure proceedings are instituted.  To reinstate
haberse iniciado procedimiento de ejecución.  Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociación con el procedimiento de ejecución.  Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total.  Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full.  However,
a permitir la reinstalación si: (i)  el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i)  Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceeding the commencement of a
cución actual, (ii)  la reinstalación impide una ejecución por

current foreclosure proceeding, (ii)  reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca.--------------------------------------------------------

affect the priority of the lien created by this
------------------------------------------------------------------
------------------------------------------------------------------
------------------------------------------------------------------

Security Instrument.------------------------------------
------------------------------------------------------

---11. **Borrower Not Released; Forbearance by**
----11. Deudor Hipotecario No Relevado; Indulgencia de Morosi--

**Lender not a Waiver.** Extension of the time of
dad por el Acreedor hipotecario No Constituye Renuncia. La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza--

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedidas por-

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en título del Deu-

shall not operate to release the liability of the
dor Hipotecario no relevarán de responsabilidad al Deudor-

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en título. No se reque--

interest. Lender shall no be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con----

mence proceedings against any successors in inter-
tra cualquier sucesor en título ni que rehúse extender la fecha-

est or refuse to extend time for payment or other-----
de pago o que de otra forma modifique la amortización de las-

wise modify amortization of the sums secured by
sumas garantizadas por esta Hipoteca por razón de cualquier--

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores-

made by the original Borrower or Borrower's suc-
en título. Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forbearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá-

excercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de-

waiver of or preclude the exercise of any right or---
esos derechos y remedios.-------------------------------------

remedy.------------------------------------------------
------------------------------------------------------

---12. **Successors and Assigns Bound; Joint and**
---12. Sucesores y Cesionarios Obligados; Responsabilidad--

**Several Liability; Co-Signers.** The covenants and
Solidaria; Co-firmantes. Los pactos y convenios contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los Sucesores y cesio--

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,--------

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y -------

graph 9(b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier-

shall be joint and several. Any Borrower who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no--

------------------------------------------------------
------------------------------------------------------

signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accomodations with
sentimiento de dicho co-firmante de la Hipoteca.------------

regard to the terms of this Security Instrument or
------------------------------------------------------------

the Note without that Borrower's consent.----------
------------------------------------------------------------

---13. Notices. Any notice to Borrower provided
---13. Notificaciones. Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering it or mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método. La notificación le será diri-

method. The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

erty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipo-

nates by notice to Lender. Any notice to Lender
tecario. Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any address Lender desig-
ésta o a la que el Acreedor Hipotecario designe mediante

nates by notice to Borrower. Any notice provided
notificación al Deudor Hipotecario. Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph.------------------------
manera dispuesta en este párrafo.----------------------------

---14. Governing Law; Severability. This Secu-
---14. Derecho Aplicable; Separabilidad. Esta Hipoteca se

------------------------------------------------------------
------------------------------------------------------------

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado-

and the Laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi--

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el-

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás-

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum--

other provisions of this Security Instrument or
plir sin la disposición conflictiva. A estos fines las dispo--

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision. To this end the provisions
declaran separables.----------------------------------------------

of this Security Instrument and the Note are
-------------------------------------------------------------------

declared to be severable.-------------------------------
-------------------------------------------------------------------

---15. Borrower's Copy. Borrower shall be given
---15. Copia para el Deudor Hipotecario. Al Deudor Hipoteca---

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument.------------------------------------------
Hipoteca.----------------------------------------------------------

---16. Hazardous Substances. Borrower shall not
---16. Sustancias Peligrosas. El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena---

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property. Borrower shall not do, nor allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras -

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a--

that is in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones----

The preceding two sentences shall not apply to the
anteriores no aplicará la presencia, uso o almacenamiento en-----

presence, use, or storage on the Property of small la
Propiedad de pequeñas cantidades de sustancias peligrosas------

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi--

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad.----------------------

residencial uses and to maintenance of the
-------------------------------------------------------------------

Property.-------------------------------------------------
-------------------------------------------------------------------

-------------------------------------------------------------------
-------------------------------------------------------------------

---Borrower shall promptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia

latory agency or private party involving the Prop-
gubernamental o reguladora o persona particular que afecte

erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge.  If
de la cual el Deudor Hipotecario tiene conocimiento.  Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier

mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hiporecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law.---------------
Ley Ambiental.-------------------------------------------

---As used in this Paragraph 16, "Hazardous Sub-
---Tal y como se usa en este Párrafo 16, "Sustancias Peligrosas"

tances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances:  gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas del petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehido y

materials containing asbestos or formaldehyde, and
materiales radioactivos.  Tal como se usa en este Párrafo 16,

radioactive materials.  As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental.-----------------------

located that relate to health, safety or environ-
-----------------------------------------------------------

mental protection.-----------------------------------------
-----------------------------------------------------------

---17.  **Assignment of Rents**.  Borrower uncondi-
---17.  _Cesión de Rentas_.  El Deudor Hipotecario incondicional-

-----------------------------------------------------------
-----------------------------------------------------------

tionally assigns and transfers to Lender all the
mente  cede  y transfiere al Acreedor Hipotecario todas las ren--

rents  and  revenues  of the Property.  Borrower
tas y réditos de la Propiedad.  El  Deudor Hipotecario autoriza-

authorizes  Lender or Lender's agents to collect
al  Acreedor  Hipotecario  o  sus  agentes a cobrar las rentas y

the  rents  and revenues and hereby directs each
réditos  y  por la presente instruye a cada inquilino de la Pro--

tenant  of  the  Property to pay the rents to Lender
piedad  que  pague  las  rentas  al Acreedor Hipotecario o a sus

or Lender's agents.  However, prior to Lender's
agentes.  No  obstante,  antes  de  que el Acreedor Hipotecario-

notice  to Borrower of Borrower's breach of any
notifique  al Deudor Hipotecario  que éste  ha violado cualquier

covenant or agreement in the Security Instrument
convenio  o  acuerdo contenido en la Hipoteca, el Deudor Hipote--

Borrower shall collect and receive all rents and
cario  cobrará  y recibirá todas las rentas y réditos de la Pro--

revenues of  the  Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor--

fit of Lender and Borrower.  This assignment of
Hipotecario.  Esta cesión de rentas constituye una cesión abso---

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente.---------

an assignment for additional security only.-------
----------------------------------------------------------------

---If lender gives notice of breach to Borrower:
---Si  el Acreedor Hipotecario notifica una violación al Deudor--

(a) all rents received by Borrower shall be held
Hipotecario:  (a)  todas  las  rentas  recibidas por el Deudor--

by  Borrower  as  trustee for benefit of Lender only
Hipotecario las  retendrá  únicamente  en calidad de fiduciario-

to  be  applied to the sumas secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a--

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca;  (b) el Acreedor Hipo-

lect  and  receive  all of the rents of the Property;
tecario tendrá derecho a cobrar  y a recibir todas las rentas de

and  (c)  each  tenant of the Property shall pay all
la Propiedad;  y  (c)  cada  inquilino  de la Propiedad pagará al-

rents due and unpaid to Lender or Lender's agent
Acreedor  Hipotecario  o a sus agentes todas las rentas vencidas-

on Lender's written demand to the tenant.----------
y  adeudadas  con  sólo  mediar  requerimiento escrito  a  esos

----------------------------------------------------------------
efectos.--------------------------------------------------------

---Borrower has  not  executed any prior assignments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha--

of  the  rents  and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida  al Acreedor Hipo-

----------------------------------------------------------------
----------------------------------------------------------------



act that would prevent Lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17.-------

rights under this Paragraph 17.-----------------------
---------------------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower.  How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach.   Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación.  Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender.   This assignment of rents of the Property
Acreedor Hipotecario.  Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full.-----------------------
haya pagado en su totalidad.----------------------------------

---18.   Foreclosure Procedure.   If Lender requires
---18.   Procedimiento de Ejecución.   Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law.    Lender
por las leyes aplicables.  El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence.--
tos de evidencia de título.-----------------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará noticación de la venta al Deudor

manner provided in Paragraph 13.   Lender shall
Hipotecario en la forma estipulada en el Párrafo 13.   El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

--------------------------------------------------------------
--------------------------------------------------------------

applicable law.  Lender or its designee may pur-
aplicable.    El Acreedor Hipotecario o  persona designada puede-

chase the Property at any sale.  The proceeds of
comprar la Propiedad en cualquier venta.  El producto de la-

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden:  (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos-

not limited to, reasonable attorney's fees; (b) to
razonables de abogado;  (b) a todas las sumas garantizadas por-

all sums secured by this Security Instrument; and
esta Hipoteca; y (c) cualquier exceso a la persona o personas-

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello.----------------------------

entitled to it.-----------------------------------------------
------------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está-

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de--

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po--

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)-

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley--

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al-

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al-

provided in the Act.  Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable. ---

sentence shall deprive the Secretary of any rights
------------------------------------------------------------------

otherwise available to a Lender under this Para-
------------------------------------------------------------------

graph 18 or applicable law.---------------------------
------------------------------------------------------------------

---19. Condominium Covenants. If the Property is
---19. Acuerdos para Régimen de Propiedad Horizontal.  Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu--
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded.------------------
flictiva en esta Hipoteca quedará sin efecto.---------------------

------------------------------------------------------------------
------------------------------------------------------------------

---A.  So long as the Owners' Association of the
---A.  Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument of the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación de Deudor Hipo-

installment of hazard insurance on the Property,
tecario bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association Policy.  Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from hazard.  In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

------------------------------------------------------------
------------------------------------------------------------

Puerto Rico Revised Form August 1996

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga--

Property,  whether to the Condominium unit or to
dera  al  Acreedor Hipotecario para aplicarse a las sumas asegu-

The  common  elements,  any  proceeds  payable  to  Bor-
radas  por  esta  Hipoteca  y  cualquier exceso  será pagadero a-

rower  are  hereby assigned and shall be paid to
quien legalmente tenta derecho al mismo.--------------------

Lender for application to the sums secured by this
-------------------------------------------------------------

Security Instrument, with any excess paid to the
-------------------------------------------------------------

entity legally entitled thereto.---------------------
-------------------------------------------------------------

---B.  Borrower  promises  to  pay  all dues and
---B.  El  Deudor  Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los  gastos  comunes  y  derramas impuesto por la Junta

ments creating and governing  the Condominium
según dispuesto en los reglamentos del Condominio.---------

Project.------------------------------------------------
-------------------------------------------------------------

---C.  If Borrower does not pay condominium dues
---C.   Si el Deudor Hipotecario no paga sus cuotas de manteni-

and  assessments  when  due, then Lender may pay
miento  y  derramas  a  su  vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas.   Cualquier  suma  desembolsada  por el Acreedor

Paragraph C shall become additional debt for Bor-
Hipotecario bajo este  Párrafo  C  se  convertirá en una deuda

rower secured by this Security Instrument. Unless
adicional del  Deudor  Hipotecario asegurada por esta Hipoteca

Borrower and Lender agree to other terms of pay-
A menos  que  el  Deudor  Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago,estas sumas devengarán intereses

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré--

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses,  tan pronto como el Acreedor

to Borrower requesting payment.----------------------
Hipotecario haga requerimiento de pago.---------------------

---D.  In this case Lender may also declare the
---D.  En  este  caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to---

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades-

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no



rower fails to make monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.-
cario pagaderos al Secretario.------------------------------

**FIFTH:** **Minimum Bidding Amount.** In compliance
QUINTO: Tipo Mínimo en Subasta. En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución, la cantidad de ---------------------------------

auction in case of foreclosure is fixed in the
-----------------------------------------------------------

amount of **SEVENTY EIGHT THOUSAND FIVE HUNDRED**------
**SETENTA Y OCHO MIL QUINIENTOS CUARENTA Y CINCO**---

**FORTY FIVE DOLLARS** (US $78,545.00).-------------------
**DOLARES** (US $78,545.00).----------------------------------

**SIXTH:** **Recording in the Registry of Property.**
SEXTO: Inscripción en el Registro de la Propiedad. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial.--------------------

of this Mortgage, the debt shall become totally
-----------------------------------------------------------

due and Lender may proceed to its judicial collec-
-----------------------------------------------------------

tion.------------------------------------------------------
-----------------------------------------------------------

**SEVENTH:** **Mortgage Note; Interpretation.** The
SEPTIMO: Hipoteca y Pagaré; Interpretación. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español.----------------------------

translations.-----------------------------------------------
-----------------------------------------------------------

**EIGHTH: Description and Registration Data of the Property:**
OCTAVO: Descripción y Datos de Inscripción de la Propiedad:----

---URBANA: PROPIEDAD HORIZONTAL: Apartamento residencial identificado
con el número nueve (9), siendo este de forma rectangular, con una cabida
superficial de quinientos noventa y cuatro punto setenta y dos catorce
(594.7214) pies cuadrados, equivalentes a cincuenta y cinco punto veinticinco
catorce (55.2514) metros cuadrados localizado en el segundo nivel del edificio
conocido como CONDOMINIO VILLA VICTORIA que está situado en el La
Carretera Número siete tres cuatro (734), en la comunidad Gándara, del Barrio
Sud del término municipal de Cidra, Puerto Rico. Consta de un (1) nivel,
siendo sus linderos los siguientes: por el NORTE: Con el área de
estacionamientos, en una distancia de trece pies con media pulgada (13' 1/2")
equivalentes tres punto noventa y siete metros lineales (3.97 m.l.); por el SUR:
Con área verde, en una distancia de doce pies con diez y media pulgadas (12'
10 1/2") equivalentes a tres punto noventa y dos (3.92) metros lineales; por el
ESTE: Con el Apartamento Número diez (10) de este proyecto, en una
distancia de cuarenta y seis con tres octavos de pulgada (46' 3/8")
equivalentes a catorce punto cero cero tres (14.03) metros lineales; por el OESTE:
Con área verde en una distancia de treinta y tres pies con nueve y un cuarto de
pulgadas (33' 9 ?") equivalentes a diez punto veintinueve (10.29) metros
lineales. Consta el mismo de dos (2) habitaciones, un closet de lavandería,
pasillo, baño completo con inodoro, lavamanos, ducha y accesorios, cocina y
sala/comedor. La puerta de entrada de este apartamento está situada en su
lindero ESTE y por ella se entra a la sala del apartamento.---------------------

---Este apartamento tiene una participación de ocho punto cero dos porciento
(8.02%), en los elementos comunes generales del condominio. --------------------

---Le corresponde a este apartamento el uso y disfrute del estacionamiento
identificado con el mismo número del apartamento.-----------------------------

---It is individualization of parcel number six thousand six hundred thirty four
(6,634) recorded at page number nine (9) volume one hundred sixty one (161)
of Cidra, Property Registry of Puerto Rico, Second Section of Caguas.------------

---Finca número seis mil seiscientos treinta y cuatro (6,634) inscrita al folio
nueve (9) del tomo ciento sesenta y uno (161) de Cidra, Registro de la
Propiedad de Puerto Rico, Sección Segunda de Caguas.----------------------------

---The address of the property is: 9 Apt., Villa Victoria Cond.,-----------------
---La dirección de la propiedad es: 9 Apt., Villa Victoria Cond.,----------------

Cidra, Puerto Rico, 00739. -----------------------------------------------------
Cidra, Puerto Rico, 00739. -----------------------------------------------------

-------------------- **TITULO Y CARGAS** ----------------------

---El Deudor Hipotecante adquiere por compra a Mailliw Development
Corporation según consta de escritura separada la cual será presentada para
su inscripción con anterioridad a la presente.--------------------------------

---Libre de cargas y gravámenes.------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------



---------------------- **ADVERTENCIAS** ----------------------

---Yo el Notario DOY FE que he advertido a la partes como sigue:------------------

-----Las cargas y gravámenes antes relacionados surgen de un estudio de título realizado por Capital Title Services, Inc. en el Registro de la Propiedad, Sección de Caguas II, el día quince (15) de noviembre del dos mil trece (2013), y confirmado por éstos, y de la conveniencia de que se acredite el estado de cargas con una Certificación del Registro o la comprueben las partes de los libros de dicho Registro.-------------------------------------------------------------

-----De encontrarse el inmueble en zona inundable cualquier titular y/o ocupante queda obligado por ley a cumplir con las disposiciones del Reglamento sobre Zonas Susceptibles de Inundación y, de incumplir con los mismos, resultaría en un acto ilegal a tenor con las disposiciones de la Sección Tres (3) de la Ley Once (11) de ocho (8) de marzo de mil novecientos ochenta y ocho (1988) sobre Zonas Inundables (23 L.P.R.A. Sec. 225 g.).------------------

-----El Notario Público certifica que ha advertido al Acreedor Hipotecario y al Deudor Hipotecario que de estar la Propiedad afecta a uno o más gravámenes de rango superior a esta Hipoteca, el Acreedor Hipotecario retendrá del producto del Préstamo la suma suficiente para cancelarlos. El Acreedor Hipotecario, mediante el desembolso de los fondos evidenciados por el Pagaré ha acordado remitir pago de los mismos a los tenedores de dichos gravámenes dentro de cinco (5) días laborables luego del otorgamiento de esta Hipoteca, con el fin de asegurarse que se lleve a cabo dicha cancelación. El Deudor Hipotecario tiene a requerir que se cancelen dichos gravámenes concurrentemente con la constitución de esta Hipoteca, pero se le advierte que, como en la mayoría de los casos, los pagarés garantizados por hipotecas pueden no estar disponibles para cancelación en este momento. Habiéndose hecho estas advertencias, el Deudor Hipotecario por la presente renuncia a su derecho de requerir que dichos gravámenes se cancelen concurrentemente con la constitución de esta Hipoteca.-------------------------------------------

---**Exención de cancelación de sellos y comprobantes Propiedad Nueva Construcción**. Por la transacción objeto de este instrumento y basado en las representaciones de los otorgantes y luego de haberle hecho las advertencias legales pertinentes, la presente escritura está exenta del pago de toda clase de cargos por concepto de sellos de rentas internas y comprobantes requeridos por ley para el otorgamiento de documentos públicos y su presentación e inscripción en cualquier registro público del Gobierno como resultado de la compraventa de una Propiedad de Nueva Construcción bajo la "Ley de Transición de Programa Impulso a la Vivienda", Ley 216 de 1ro de noviembre de 2011, según enmendada por la Orden Ejecutiva 2011-52, Boletín Administrativo Número OE-2011-52, la Ley Número 288 del 30 de diciembre de 2011, la Orden Ejecutiva Número 2012-27, Boletín Administrativo OE-2012-27, la Ley Número 303 de veintiuno (21) de diciembre de dos mil doce (2012) y la Ley Número 68 de veintidós (22) de julio de dos mil trece (2013) (en adelante la "Ley 216"). -------------------------------------------------------

---Para la transacción objeto de este instrumento, y basado en las representaciones de los otorgantes, y luego de haberle hecho las advertencias legales pertinentes relacionadas a la Ley 216, se determina la aplicación de la exención conferida en la misma, (parcial o total), en cuanto al pago de cargos por concepto de sellos de rentas internas y comprobantes requeridos por ley para el otorgamiento de documentos públicos y su presentación e inscripción en cualquier registro público del Gobierno, conforme a la Ley 216. -----------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

**NINTH:** **Borrower (Notary's Personal Knowledge or**--
**NOVENO:** Deudor Hipotecario (Fe Notarial de Conocimiento Perso---

**Form of Identification):**--------------------------------
nal o Identificación):----------------------------------------

-----MRS. VILMA IRIS RIOS ORTEGA, of legal age, single, property
owner and resident of Guaynabo, Puerto Rico.-------------------------

-----DOÑA VILMA IRIS RIOS ORTEGA, mayor de edad, soltera,
propietaria y vecina de Guaynabo, Puerto Rico.----------------------

*---I have ascertain the identity of the Borrower(s) by the utilization of the following mean
of supplementary identification: Driver's License number* ███████----------------------

*---Me he asegurado de la identidad del Deudor Hipotecario mediante la utilización de
los siguientes medios supletorios de identificación: Licencia de Conducir número*
███████-----------------------------------------------------------------

**TENTH:** **Lender (Notary's Personal Knowledge or Form of**
**DECIMO:** Acreedor Hipotecario (Fe Notarial de Conocimiento-

**Identification):**------------------------------------------
Personal o Identificación):------------------------------------

---Lender is **VIG MORTGAGE CORP.,** a banking corporation organized
and existing in accordance with the laws of the Commonwealth of
Puerto Rico, represented in this act by ENRIQUE OSORIO
FERNANDEZ, of legal age, single, executive and resident of Carolina,
Puerto Rico, duly authorized by Corporate Resolution of January thirty
(30), two thousand thirteen (2013), authenticated as per affidavit
number twenty thousand two hundred eighty one (20,281) before the
Notary Francisco J. Biaggi Landrón, filed on the Real Property Registry,
for the only purpose of accepting the mortgage herein constituted in its
favor. I, the Notary, personally know the appearing party that represents
the Lender. ------------------------------------------------------------

---El Acreedor Hipotecario es **VIG MORTGAGE CORP.,** una
corporación bancaria, organizada y existente de acuerdo con las leyes
del Estado Libre Asociado de Puerto Rico, representado en este acto
por ENRIQUE OSORIO FERNANDEZ, mayor de edad, soltero,
ejecutivo y vecino de Carolina, Puerto Rico, debidamente autorizado
según Resolución Corporativa de treinta (30) de enero de dos mil trece
(2013), autenticada por el afidávit número veinte mil doscientos ochenta
y uno (20,281) ante el Notario Francisco J. Biaggi Landrón, archivada
en el Registro de la Propiedad, con el sólo propósito de aceptar la
hipoteca aquí constituida a su favor.  Yo, el Notario, conozco
personalmente al compareciente que representa al Acreedor
Hipotecario. ---------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------



**ELEVENTH: Homestead Rights; Waiver.** To further
UNDECIMO: **Hogar Seguro; Renuncia.** Para mayor garantía de pago

secure payment of the Note, Borrower, in confor-
del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto
del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his
a favor del Acreedor Hipotecario su derecho de hogar seguro so-

homestead and property rights, with all of the
bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or
lidad posee o que pueda poseer en el futuro, expresamente

may in the future possess therein, expressly waiv-
renunciando a favor del Acreedor Hipotecario todos sus títulos,

ing in favor of the Lender all of his titles, rights
derechos e intereses de cualquier clase o descripción en la

and interests of any kind or description in the
Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,
mente o en el futuro posea.-----------------------------------

which he presently possesses or may in the future
------------------------------------------------------------

possess.----------------------------------------------------
------------------------------------------------------------

--------------------------ACCEPTANCE------------------------
--------------------------ACEPTACION------------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirety and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las

Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento.  Yo el

sary legal warnings concerning its execution. I,
Notario, advertí a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron.  Luego de haber sido leída esta Escritura por los

execution, which right they waived. The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirety,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm the statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mí, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas.------

the appearing parties sign this Deed before me,
------------------------------------------------------------

------------------------------------------------------------

the Notary, and place their initials on each and
-----------------------------------------------------------------

every page of this Deed.-------------------------------
-----------------------------------------------------------------

---I, the Notary, do hereby certify and attest as
---Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or contained in this Deed.-
lo declarado y contenido en esta Escritura.---------------

"I CERTIFY THAT THIS IS A TRUE
AND EXACT COPY OF ITS ORIGINAL
AND THE CERTIFIED COPY THAT HAS
BEEN SUBMITTED FOR RECORDING
IN THE CORRESPONDENT PROPERTY
REGISTRY."

NOTARY PUBLIC





BPQ:

**EXHIBIT B**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

VILMA IRIS RIOS ORTEGA
   **Debtor(s)**

CASE NO.  14-06140-ESL

CHAPTER  13

### VERIFIED STATEMENT

I, Mádelin Colón Pérez of legal age, single, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtors account with this bank there is no information that will lead the undersign to belief that debtor or co-owner are a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor or co-owner that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN WHEREOF I THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 9 th day of October, 2015.

Department of Defense Manpower Data Center

Results as of : Oct-13-2015 08:12:27 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>RIOS ORTEGA</u>

First Name: <u>VILMA</u>

Middle Name:

Active Duty Status As Of: <u>Oct-13-2015</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/app/answers/detail/a_id/344/~/locating-service-members-or-getting-a-mailing-address. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: MFO2P642V1316E0